UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:                                              |
                                                    |
**TYRONE JOSEPH HARRISON**       | Case No. **18-15869 WIL**
                                                    | Chapter 13
        Debtor                                |

## MOTION TO DISMISS FOR FAILURE TO QUALIFY FOR RELIEF UNDER CHAPTER 13 AND NOTICE OF OPPORTUNITY FOR A HEARING

Nancy L. Spencer Grigsby, Chapter 13 Trustee, moves this Honorable Court to consider this Motion to Dismiss for Failure to Qualify for Relief Under Chapter 13, and for reasons, states:

1. That the Debtors filed this case under Chapter 13 on May 1, 2018 under the provisions of the Bankruptcy Abuse Protection and Consumer Protection Act of 2005.

2. That the Debtor owes noncontingent, liquidated, unsecured debts in excess of $394,725.00. Specifically, Schedules D and F list total unsecured debt in the amount of $574,293.40.

3. That the Debtor does not qualify for protection under Chapter 13.

WHEREFORE, for the reasons set forth above, the Trustee moves that the subject case be dismissed as in the best interests of creditors, and for other relief as this Honorable Court deems just and equitable.

Respectfully submitted,

Date:  August 22, 2018                    **/s/ Nancy Spencer Grigsby**
                                              Nancy Spencer Grigsby
                                              Chapter 13 Trustee
                                              185 Admiral Cochrane Dr., Suite 240
                                              Annapolis, Maryland 21401
                                              ngrigsby@ch13md.com

## NOTICE OF OPPORTUNITY TO REQUEST A HEARING
## TO THE DEBTOR'S ATTORNEY OF RECORD:

You are notified of the filing of the foregoing Motion by the Trustee stating that you have caused unreasonable delay in these proceedings which is prejudicial to creditors and requesting that the subject case be dismissed pursuant to 11 U.S.C. Sec. 1307(c).

You are further notified that unless a responsive pleading stating facts which controvert, justify or explain the Trustee's allegation be filed and a copy of said pleading be served upon the Trustee, on or before **September 12, 2018** this case will be dismissed on such date and the case will be closed.

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing response will be served electronically by the Court's CM/ECF system on the following:

Brett Weiss    brett@bankruptcylawmaryland.com,
brettecf@gmail.com;jackie@brettweiss.com;r51781@notify.bestcase.com
**(Debtors Counsel)**

I hereby further certify that on the 22nd day of August, 2018, a copy of the foregoing response was also mailed first class mail, postage prepaid to:

Tyrone Joseph Harrison
3113 Collins Street
Clinton, MD 20735
**(Debtors)**

**/s/ Nancy Spencer Grigsby**
Chapter 13 Trustee