**SO ORDERED**



WENDELEN L. LIPP
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

In Re:

**TYRONE JOSEPH HARRISON**

Case No. **18-15869 WIL**
Chapter 13

Debtor(s)

## ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE ON MOTION OF CHAPTER 13 TRUSTEE FOR FAILURE TO QUALIFY FOR RELIEF UNDER CHAPTER 13

Upon consideration of the Motion to Dismiss filed by the Chapter 13 Trustee, and it appearing that cause exists for this case to be dismissed pursuant to 11 U.S.C. § 109(e) for failure to qualify for relief under Chapter 13, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the above-referenced Chapter 13 case is dismissed; and

ALL PARTIES ARE HEREBY NOTIFIED that the automatic stay imposed by 11 U.S.C. § 362(a), is terminated.

cc:

Brett Weiss     brett@bankruptcylawmaryland.com,
brettecf@gmail.com;jackie@brettweiss.com;r51781@notify.bestcase.com

(Debtors Attorney)

Nancy Spencer Grigsby grigsbyecf@ch13md.com (Chapter 13 Trustee)

Debtor:

Tyrone Joseph Harrison
3113 Collins Street
Clinton, MD 20735

**END OF ORDER**